UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80084-Middlebrooks/Matthewman

UNITED STATES OF AMERICA

v.

UWA NOSAKHARE,

                Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and UWA NOSAKHARE ("the Defendant") agree that had this matter proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt:

### Elements

Mail Fraud, 18 U.S.C. § 1341 (Counts 1, 2 and 3)

    (1) the Defendant knowingly participated in a scheme to defraud someone by using false or fraudulent representations;

    (2) the false or fraudulent representations were about a material fact;

    (3) the Defendant intended to defraud someone; and

    (4) the Defendant used a private or commercial interstate carrier by depositing or causing to be deposited with the carrier something meant to help carry out the scheme to defraud.

Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1) (Counts 4, 5 and 6)

    (1) the Defendant knowingly transferred, possessed, or used another person's means of identification or identification documents;

    (2) without lawful authority; and

    (3) during and in relation to mail fraud.

## Facts – Mail Fraud

1. Between April of 2022 and April of 2023, the Defendant and other co-conspirators ("Targets") tried to sell vacant parcels of land in Palm Beach County without the owners' knowledge. First, Targets listed the property for sale on Zillow.com. Next, Targets used the owners' personal identifying information ("PII") to pose as the owners in communications with buyers via phone, text, mail and email. Throughout the process, Targets used owners' PII to create fake IDs and forged the owners' signatures on documents involved in the sale. Targets also used PII from other victims to create notary credentials and bank accounts in furtherance of the scheme. Finally, Targets provided buyers with wire instructions to transfer the sale proceeds.

2. Overall, Targets offered four properties for sale, with a total intended loss of $3,831,348. Property #1 was offered to four separate sets of buyers for a total of $2,280,000. Property #2 was offered to a single set of buyers for $350,000. Property #3 was offered to a single set of buyers for $1,051,348. Property #4 was offered to a single set of buyers for $150,000. The victim funds for Property #4 were never recovered, resulting in an actual loss of $143,060.

3. The Defendant knowingly participated in this scheme by mailing the closing documents for Properties 2, 3 and 4, which contained the victims' PII and forged signatures, from a FedEx in Houston, Texas to the different victim buyers located in the Southern District of Florida, as outlined below in Paragraph 5. The Defendant's fingerprints were found on the closing documents for Property #2 and Property #4.

4. The Defendant also knowingly participated in this scheme by facilitating the notarization of the closing documents for each property. Specifically, the closing documents for Property #1 were notarized at the Defendant's home. The Defendant also forged M.H.'s signature (the owner of Property #2) in the presence of a notary in Houston, Texas in furtherance of the scheme. The

notary listed on the closing documents of Properties #3 and #4 was listed as A.L. with a registered address of the Defendant's home residence. A.L. was not a real notary and this was done without A.L.'s knowledge or consent.

5. The scheme to defraud attempted to sell the following four (4) properties as outlined below:

    A. Property #1: 244 NW 8th Terrace, Boca Raton FL (April – Oct. 2002)
        Owners/Victims 1 & 2: Mr. M.W. & Mrs. M.W., Plantation, FL

        Attempted Sale #1 – (4/7/22)
        Buyers: I.M. and T.S., Boca Raton, FL
        Closing Docs Received via FedEx by: Harrington Title, West Palm Beach, FL
        Sale Price: $550,000

        Attempted Sale #2 – (4/18/22)
        Buyers: J.R. and C.R., Apopka, FL
        Closing Docs Received via FedEx by: Cooperative Title, Cooper City, FL
        Sale Price: $550,000

        Attempted Sale #3 – (4/29/22)
        Buyers: S.R. and D.F., Brooklyn, NY
        Closing Docs Received via FedEx by: Mila Lopata, North Miami Beach, FL
        Sale Price: $550,000 (BankUnited, Miami Lakes, FL)

        Attempted Sale #4 – (10/20/22)
        Buyers: None – Targets only signed contract with listing agent
        Listing Broker: Steven Koleno, Miami, FL
        Sale Price: $630,000

    B. Property #2: Redwood Lane, Boca Raton, FL (May – June 2022)
        Owners/Victim 3 & 4: M.H. & N.H., Freehold, NJ
        Buyers: R.B. and F.S., Boynton Beach, FL
        Closing Docs Received via FedEx by: West Central Legal Services, P.A., Ft. Lauderdale, FL
        Sale Price: $350,000

    C. Property #3: 1601 Cocoanut Road, Boca Raton, FL (Nov. – Dec. 2022)
        Owners/Victims 5, 6 & 7: A.B., C.A.B., F.B.
        Buyers: S.L. & H.L., Boca Raton, FL
        Closing Docs Received via FedEx by: Alan Armour, Esq., Palm Beach Gardens, FL

Sale Price: $1,051,348.71

D. Property #4: 228 N. D Street, Lake Worth, FL (April 2023)
Owners/Victims 8 & 9: C.P. and M.B., Palm Beach Gardens, FL
Buyers: J.P., Lake Worth, FL
Closing Docs Received via FedEx by: RTR Title, Lake Worth, FL
Sale Price: $150,000 ($143,060 actual loss never recovered).

6. The attempted sales of the properties listed above in Paragraph 5 were done without the knowledge or consent of the owners. On or about the dates specified as to each count below, the Defendant, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did cause to be delivered a matter and thing by private and commercial interstate carrier, that is, FedEx, according to the direction thereon, as particularly described below:

| Count | Approximate Date | Description of Mail |
|---|---|---|
| 1 | 6/9/2022 | The Defendant sent via FedEx from Houston, TX closing documents for the sale of Property #2 to the buyers' representative in Ft. Lauderdale, FL (Tracking #777020830500). |
| 2 | 12/7/2022 | The Defendant sent via FedEx from Houston, TX closing documents for the sale of Property #3 to the buyers' representative in Palm Beach Gardens, FL (Tracking # 770685445486). |
| 3 | 3/20/2023 | The Defendant sent via FedEx from Houston, TX closing documents for the sale of Property #4 to the buyer's representative in Lake Worth, FL (Tracking # 395855725032). |

<u>**Facts – Aggravated ID Theft**</u>

7. For Count 4, in furtherance of the mail fraud described above, between May 12, 2022 and June 10, 2022, the Defendant handed Notary Lane an ID card that contained M.H.'s PII in order to notarize the closing documents for Property #2. M.H. never authorized the Defendant to use,

possess or transfer M.H.'s PII. M.H. never signed any of the closing docs that were forged by the Defendant in Notary Lane's presence and then mailed by the Defendant from Houston Texas, to the Southern District of Florida.

8. For Count 5, in furtherance of the mail fraud described above, between November 8, 2022 and December 12, 2022, the Defendant mailed the PII of the true owners of Property #3 (F.B., A.B. and C.A.B.). These owners never consented to or had any knowledge of the attempted sale of Property #3, and they never authorized the Defendant to possess, use, or mail their PII. The purported notary for the closing documents of Properties #3 and #4 was never a notary and never authorized the Defendant to use or possess his PII to notarize any documents.

9. For Count 6, in furtherance of the mail fraud described above, between March 1, 2023 and April 12, 2023, the Defendant mailed the PII of the true owners of Property #4 (C.P. and M.B.). These owners had no knowledge of the attempted sale nor did they authorize the Defendant to possess, use, or mail their PII. A.L. was never a notary and never authorized the Defendant to use his PII to create notary credentials and then use those credentials to notarize closing docs for Property #4.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 1/9/2025    By: _____
                      JUSTIN CHAPMAN
                      ASSISTANT UNITED STATES ATTORNEY

Date: 12/18/24    By: _____
                      ROBERT ADLER
                      ATTORNEY FOR DEFENDANT

Date: 12/18/24    By: _____
                      UWA NOSAKHARE
                      DEFENDANT

5